

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coastal Environmental Rights Foundation, a non-profit corporation | Civil Action No.   24cv0385-RSH-SBC |
| Plaintiff, | |
| V. | |
| Aztec Perlite Company, Inc. a California Corporation | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants default judgment in Plaintiff's favor and against defendant with respect to Claims 1, 2, 3, 4, 6 and 7. The Court denies default judgment with respect to Claim 5.

The Court grants in part Plaintiff's request for civil penalties. Defendants shall pay $2,967,000 in civil penalties pursuant to Section 309(d) of the CWA. This payment shall be made to the U.S. Treasury within one hundred and twenty (120) days from the date of this Order.

The Court denies Plaintiff's request for declaratory relief.
The Court denies Plaintiff's request for injunctive relief.
The Court awards Plaintiff attorneys' fees in the amount of $34,465.
The Court awards Plaintiff costs in the amount of $968.52.

The case is hereby closed.

| | |
|---|---|
| **Date:**    10/17/24 | **CLERK OF COURT**  **JOHN MORRILL, Clerk of Court**  By:  s/ M. Fujita |
| | M. Fujita, Deputy |